RightPath Servicing
P.O. Box 9095
Temecula, CA 92589-9095



PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
RightPath Servicing
PO Box 650783
Dallas, TX 75265

9314 7100 1170 1106 6056 69

**RETURN RECEIPT REQUESTED**

20220929-160

GENEVA D KILKENNY PERSONAL
REPRESENTATIVE OF ESTATE OF NORMA M
SCOPINO CARE OF ERIC ROUPE
18 HUNNEWELL LN
WOOLWICH, ME 04579-4852



EXHIBIT
**F**



ME_NOI



09/29/2022

GENEVA D KILKENNY PERSONAL REPRESENTATIVE OF ESTATE OF NORMA M SCOPINO
CARE OF ERIC ROUPE
18 HUNNEWELL LN
WOOLWICH, ME 04579-4852

Sent Via Certified Mail
9314 7100 1170 1106 6056 69

Loan Number:
Property Address:        18 HUNNEWELL LN
                        WOOLWICH, ME 04579

Dear GENEVA D KILKENNY PERSONAL REPRESENTATIVE OF ESTATE OF NORMA M SCOPINO
CARE OF ERIC ROUPE:

If you are represented by an attorney, please send this notice to your attorney.

RightPath Servicing is the mortgage loan servicer for the above-referenced loan.

This notice is being sent as required by the terms of the security instrument securing your mortgage loan.

Your loan is currently past due for the 03/01/2020 payment and is due for all payments from and including that
date. The failure to make these payments is a default under the terms and conditions of the mortgage loan.

As of **09/29/2022 the amount of the debt that must be paid to cure the default is $28,790.07, which
includes the sum of payments that have come due on and after the date of default 03/01/2020,** any late
charges, periodic adjustments to the payment amount (if applicable), attorney fees and expenses of collection.
The total amount due to cure the default does not include any amounts that become due after the date of this
notice.

**RightPath Servicing (SM) and Mr. Cooper® are brand names for Nationstar Mortgage LLC.**

**Nationstar Mortgage LLC d/b/a RightPath Servicing is a debt collector. This is an attempt to collect a
debt and any information obtained will be used for that purpose. However, if you are currently in
bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a
debt from you personally to the extent that it is included in your bankruptcy or has been discharged but
is provided for informational purposes only.**

**If you are a successor in interest (received the property from a relative through death, devise, or divorce,
and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the
debt, this communication is for informational purposes only and is not an attempt to collect a debt from
you personally.**

ME_NOI
Page 1 of 4

9314 7100 1170 1106 6056 69

---

| | | |
|---|---|---|
| Next Payment Due Date: | | 03/01/2020 |
| Total Monthly Payments Due: | | $28,344.98 |
| Late Charges: | | $431.09 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $14.00 |
| | Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$28,790.07** |

All reinstatement payments must be made payable in **certified funds, cashier's check or money order(s)** and
mailed to **RightPath Servicing, PO Box 650783, Dallas, TX 75265** or overnight delivery to **RightPath
Servicing, Attn. Payment Processing, 800 State Highway 121 Bypass, Lewisville, TX 75067.** You may call
RightPath at 833-685-2589 if you have questions regarding your account or write to RightPath Servicing, 8950
Cypress Waters Blvd., Coppell, TX 75019.

**$28,790.07** must be paid by the 35th day from receipt of this notice (or if said date falls on a Saturday, Sunday,
or legal holiday, then on the first business day thereafter) in order to cure the default.

Your right to cure this default as referenced herein does not suspend your payment obligations. Pursuant to the
terms of the Note, the next payment due on 10/01/2022 is still due on 10/01/2022 (or if said date(s) falls on a
Saturday, Sunday, or legal holiday, then on the first business day thereafter).

Failure to pay **$28,790.07** by the 35th day from receipt of this notice (or if said date falls on a Saturday,
Sunday, or legal holiday, then on the first business day thereafter), may result in acceleration of the sums
secured by the Security Instrument, foreclosure proceedings and sale of the property.

In the event of acceleration, you have the right to reinstate the loan after acceleration and the right in any
lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and
under this Security Instrument, and to present any other defenses that you may have.

If you meet the conditions in the Mortgage, you will have the right to have the Lender's enforcement of the
Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if
immediate payment in full had not been required.

You have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been
entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been
required; 2) correct your failure to keep any of your other promises or agreements made in the note and
mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example,
reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the
subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage
remain unchanged.

This default, and any legal action that may occur as a result, may be reported to one or more local and national
credit reporting agencies by RightPath.

If you request in writing, RightPath Servicing will not contact you by phone at your place of employment.
Furthermore, if you request in writing not to be contacted, RightPath Servicing will not contact you, except to
send statutorily and/or contractually required legal notice(s).

You may have options available to you to help you avoid foreclosure. You may discuss available options with
RightPath Servicing, the Investor or a counselor approved by the United States Department of Housing and
Urban Development ("HUD"). You are encouraged to explore available options prior to the end of your
right-to-cure period. Please call RightPath Servicing's Foreclosure Prevention Department at 833-685-2590 for
additional information or to request an interview for the purpose of resolving the past due account. You may

ME_NOI
Page 2 of 4

9314 7100 1170 1106 6056 69

also visit www.rightpathservicing.com/support/mortgage_assistance for additional information, to see what options may be available to you, and to submit an application for assistance.

All homeowners are eligible for housing counseling services through the U.S. Department of Housing and Urban Development (HUD). We have also attached a list, including the name, address and telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers. You may also call the Homeownership Preservation Foundation at 1-888-995-HOPE (4673) or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment. To determine whether this option is available, contact RightPath Servicing Foreclosure Prevention at 833-685-2589, or by mail at 8950 Cypress Waters Blvd., Coppell, TX 75019, or visit www.rightpathservicing.com for additional information and to see what options are available.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure without a court order. If you are currently in the military service, or have been within the last 12 months, AND joined after signing the Note and Security Instrument now in default, please notify RightPath Servicing immediately. Please notify us of your active duty status in order to receive an interest rate reduction to 6%. Notice must be received no later than 180 days after your military services ends. It is not necessary to notify us of your military status in order to obtain foreclosure protection; however, we will be better able to assist you if you notify us of your military status as soon as possible. When contacting RightPath Servicing as to your military service, you may be required to provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at Military OneSource (www.militaryonesource.mil; 1-800-342-9647), Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and HUD-certified housing counseling agencies (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You may also call RightPath Servicing toll-free at 833-685-2589 if you have questions about your rights under SCRA.

Please disregard this notice if a payment sufficient to cure the default has already been sent.

Sincerely,

Kerry-Ann Lynch
Dedicated Loan Specialist
RightPath Servicing
833-685-2590 ext. N/A
8950 Cypress Waters Blvd.
Coppell, TX 75019

Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org | 262 Harlow St<br>Bangor, Maine 04401-4952 |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-6900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: edigironimo@avestahousing.org<br>W: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | P: 207-764-3721<br>T:<br>F:<br>E: N/A<br>W: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: mmeghan.arzberger@yccac.org<br>W: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUEST/MAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-1569<br>E: lhomequest@community-concepts.org<br>W: https://www.community-concepts.org/ | 17 Market Sq.<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: lhousing@kvcap.org<br>W: www.kvcap.org | 101 Water St<br>Waterville, Maine 04901-6339 |

9314 7100 1170 1106 6056 69

From: Nobody <SMTP:nobody@informe.org>
Sent: 9/29/2022 4:09:33 PM
To: WALZ_NATIONSTAR
WALZ ID: 160_WALZ_NATIONSTAR@covius.com
[EXTERNAL EMAIL from outside the organization. DO NOT click links or open attachments unless you recognize the sender and know the content is safe. Never give out your user ID or password.]


Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Nationstar Mortgage LLC
Owner of the mortgage:Federal National Mortgage Association
What term best describes the owner of the mortgage?:Securitized Pool
Filer's Email Address:WALZ_NATIONSTAR@lenderlive.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Kerry-Ann Lynch 8950 Cypress Waters Boulevard   Dallas TX 75063 833-685-2590 N/A KerryAnn.Lynch@mrcooper.com


-----
Consumer Information
-----

Consumer First name:GENEVA
Consumer Middle Initial/Middle Name:
Consumer Last name:KILKENNY PERSONAL REPRESENTATIVE OF ESTATE OF NORM
Consumer Suffix:
Property Address line 1:18 HUNNEWELL LN
Property Address line 2:
Property Address line 3:
Property Address City/Town:WOOLWICH
Property Address State:
Property Address zip code:04579
Property Address County:Sagadahoc


-----
Notification Details
-----

Date notice was mailed:9/29/2022
Amount needed to cure the default:28790.07
Consumer Address line 1:18 HUNNEWELL LN
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:WOOLWICH
Consumer Address State:ME
Consumer Address zip code:04579


*14676590*

Nationstar Mortgage, LLC
P.O. Box 9095
Temecula, CA  92589-9095

PS form 3877
Type of Mailing: CERTIFIED
September 29, 2022

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R./RRE Fee | Rest. Del. Fee | Reference |
|---|---|---|---|---|---|---|---|
| 1 | 9307 1100 1170 1106 6040 42 | HECTOR A AGUIRRE / ANA AGUIRRE / 15 ANGELL ST / ATTLEBORO, MA 02703-1801 | $0.810 | $4.00 | $0.00 | $0.00 | 597960228 |
| 2 | 9307 1100 1170 1106 6040 59 | CLISTIA S SMITH / 475 HUNTINGTON DR / JACKSON, MS 39272-4487 | $0.810 | $4.00 | $0.00 | $0.00 | 651013922 |
| 3 | 9307 1100 1170 1106 6040 66 | ESTATE OF DANIEL R ARGARD / 8 LEDGE ST / FRANKLIN, MA 02038-1450 | $0.810 | $4.00 | $0.00 | $0.00 | 694734724 |
| 4 | 9307 1100 1170 1106 6040 73 | ESTATE OF DANIEL R ARGARD / 26 COMMONWEALTH TER UNI / BRIGHTON, MA 02135 | $0.810 | $4.00 | $0.00 | $0.00 | 694734724 |
| 5 | 9307 1100 1170 1106 6040 80 | ESTATE OF DANIEL R ARGARD / 26 COMMONWEALTH TER APT 3A / LONGFELLOW MANO / BRIGHTON, MA 02135-7505 | $0.810 | $4.00 | $0.00 | $0.00 | 694734724 |
| 6 | 9307 1100 1170 1106 6040 97 | ESTATE OF DANIEL R ARGARD / 26 COMMONWEALTH TER UNI / BRIGHTON, MA 02135 | $0.810 | $4.00 | $0.00 | $0.00 | 694734724 |
| 7 | 9307 1100 1170 1106 6041 03 | ESTATE OF PATRICIA M GORDON / PAUL G GORDON / 6R NEPTUNE PL / GLOUCESTER, MA 01930-3110 | $0.810 | $4.00 | $0.00 | $0.00 | 695225847 |
| 8 | 9307 1100 1170 1106 6041 10 | ROBERT G WESTLAND / LISA J WESTLAND / 861 COURT ST / BROCKTON, MA 02302-2631 | $0.810 | $4.00 | $0.00 | $0.00 | 695372375 |
| 9 | 9307 1100 1170 1106 6041 27 | ESTATE OF DEBBIE TINSLEY SMITH CARE / OF GRAVES LAW GROUP / 89 CAMBRIDGE SREET SUITE 201 / BOSTON, MA 02129 | $0.810 | $4.00 | $0.00 | $0.00 | 695563868 |
| 10 | 9307 1100 1170 1106 6041 34 | ESTATE OF DEBBIE TINSLEY SMITH CARE / OF GRAVES LAW GROUP / 170 COLORADO ST / BOSTON, MA 02126-1329 | $0.810 | $4.00 | $0.00 | $0.00 | 695563868 |
| 11 | 9307 1100 1170 1106 6041 41 | ESTATE OF SHIRLEY PIPPEN / JOY G PIPPEN / 1142 ROSEWOOD ST / JACKSON, MS 39212-3966 | $0.810 | $4.00 | $0.00 | $0.00 | 695594929 |
| 12 | 9307 1100 1170 1106 6041 58 | KATHERINE K DORNNERS / 214 OAKLAND ST / MANCHESTER, CT 06042-2124 | $0.810 | $4.00 | $0.00 | $0.00 | 596461119 |
| 13 | 9307 1100 1170 1106 6041 65 | FREDRICK HURLBERT / 147 WINTHROP ST / NEW BRITAIN, CT 06052-1730 | $0.810 | $4.00 | $0.00 | $0.00 | 695484402 |
| 14 | 9307 1100 1170 1106 6041 72 | JACQUELINE M HURLBERT / 147 WINTHROP ST / NEW BRITAIN, CT 06052-1730 | $0.810 | $4.00 | $0.00 | $0.00 | 695484402 |
| 15 | 9307 1100 1170 1106 6041 89 | RICHARD S CONROY / 5 GRANDVIEW ST / WOLCOTT, CT 06716-1711 | $0.810 | $4.00 | $0.00 | $0.00 | 695502724 |
| 16 | 9307 1100 1170 1106 6041 96 | SHERRI D CONROY / 5 GRANDVIEW ST / WOLCOTT, CT 06716-1711 | $0.810 | $4.00 | $0.00 | $0.00 | 695502724 |
| 17 | 9307 1100 1170 1106 6042 04 | JAMES PALANIK / VIRG PARK / 1221 VICTORIA ST APT 3004 / HONOLULU, HI 96814-1441 | $0.810 | $4.00 | $3.25 | $0.00 | 695565010 |
| 18 | 9314 7100 1170 1106 6042 11 | James Palanik / Virg Park / Po Box 17381 / Honolulu, HI 96817-0381 | $0.810 | $4.00 | $3.25 | $0.00 | 695565010 |
| 19 | 9314 7100 1170 1106 6042 28 | ESTATE OF EUGENE MATSUO AIHARA / CARE OF AIHARA ESTATE / ESTATE OF AMY KIMIKO AIHARA CARE OF / AIHARA ESTATE / 1311 OMA OMAO PL / HILO, HI 96720-3233 | $0.810 | $4.00 | $3.25 | $0.00 | 695804252 |
| 20 | 9314 7100 1170 1106 6042 35 | DANIEL M HONIG / PO BOX 125 / SWARTHMORE, PA 19081-0125 | $0.810 | $4.00 | $3.25 | $0.00 | 599424223 |
| 21 | 9314 7100 1170 1106 6042 42 | DANIEL M HONIG / 3 KESWICK DR / GLEN MILLS, PA 19342-1611 | $0.810 | $4.00 | $3.25 | $0.00 | 599424223 |

USPS
BMEU
PHX, AZ #19
SEP 29 2022
85026

**Nationstar Mortgage, LLC**
P.O. Box 9095
Temecula, CA  92589-9095

**PS form 3877**
**Type of Mailing: CERTIFIED**
**September 29, 2022**

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R./RRE Fee | Rest. Del. Fee | Reference |
|---|---|---|---|---|---|---|---|
| 22 | 9314 7100 1170 1106 6042 59 | NORMA D HONIG<br>PO BOX 125<br>SWARTHMORE, PA 19081-0125 | $0.810 | $4.00 | $3.25 | $0.00 | 599424223 |
| 23 | 9314 7100 1170 1106 6042 66 | NORMA D HONIG<br>3 KESWICK DR<br>GLEN MILLS, PA 19342-1611 | $0.810 | $4.00 | $3.25 | $0.00 | 599424223 |
| 24 | 9314 7100 1170 1106 6042 73 | ESTATE OF MARGARET M RYCZAK<br>4 TUNNEL HILL RD<br>FACTORYVILLE, PA 18419-2307 | $0.810 | $4.00 | $3.25 | $0.00 | 695589655 |
| 25 | 9314 7100 1170 1106 6042 80 | ESTATE OF MARGARET M RYCZAK<br>529 N IRVING AVE<br>SCRANTON, PA 18510-2237 | $0.810 | $4.00 | $3.25 | $0.00 | 695589655 |
| 26 | 9314 7100 1170 1106 6042 97 | ADAM Z FORNASZEWSKI<br>4 TUNNEL HILL RD<br>FACTORYVILLE, PA 18419-2307 | $0.810 | $4.00 | $3.25 | $0.00 | 695589655 |
| 27 | 9314 7100 1170 1106 6043 03 | ADAM Z FORNASZEWSKI<br>529 N IRVING AVE<br>SCRANTON, PA 18510-2237 | $0.810 | $4.00 | $3.25 | $0.00 | 695589655 |
| 28 | 9314 7100 1170 1106 6043 10 | DENNIS FITZGERALD<br>2398 W GARDENIA DR<br>CITRUS SPRINGS, FL 34434-4877 | $0.810 | $4.00 | $3.25 | $0.00 | 695723841 |
| 29 | 9314 7100 1170 1106 6043 27 | DENNIS FITZGERALD<br>3 A EVERGREEN DR<br>LEHMAN, PA 18324 | $0.810 | $4.00 | $3.25 | $0.00 | 695723841 |
| 30 | 9314 7100 1170 1106 6043 34 | ALMA R FITZGERALD<br>2398 W GARDENIA DR<br>CITRUS SPRINGS, FL 34434-4877 | $0.810 | $4.00 | $3.25 | $0.00 | 695723841 |
| 31 | 9314 7100 1170 1106 6043 41 | ALMA R FITZGERALD<br>3 A EVERGREEN DR<br>LEHMAN, PA 18324 | $0.810 | $4.00 | $3.25 | $0.00 | 695723841 |
| 32 | 9314 7100 1170 1106 6055 91 | DONALD R MARTIN<br>ADA MARTIN<br>502 S MAIN ST<br>CLARION, IA 50525-1850 | $0.810 | $4.00 | $3.25 | $0.00 | 695051656 |
| 33 | 9314 7100 1170 1106 6056 07 | RYAN M MCCARRY<br>AMELIA MCCARRY<br>9632 PINEDROP DR SE<br>LACEY, WA 98513-6654 | $0.810 | $4.00 | $3.25 | $0.00 | 677961518 |
| 34 | 9314 7100 1170 1106 6056 14 | TORY GRAHAM<br>14591 UPPER BADGER POCKET RD<br>ELLENSBURG, WA 98926-8665 | $0.810 | $4.00 | $3.25 | $0.00 | 681900478 |
| 35 | 9314 7100 1170 1106 6056 21 | Tory Graham<br>1309 N Brooklane St<br>Ellensburg, WA 98926-2619 | $0.810 | $4.00 | $3.25 | $0.00 | 681900478 |
| 36 | 9314 7100 1170 1106 6056 38 | ESTATE OF NORMA M SCOPINO CARE OF<br>ERIC ROUPE<br>8620 BASSWOOD AVE<br>WOOLWICH, ME 04579 | $0.810 | $4.00 | $3.25 | $0.00 | 660488743 |
| 37 | 9314 7100 1170 1106 6056 45 | ESTATE OF NORMA M SCOPINO CARE OF<br>ERIC ROUPE<br>18 HUNNEWELL LN<br>WOOLWICH, ME 04579-4852 | $0.810 | $4.00 | $3.25 | $0.00 | 660488743 |
| 38 | 9314 7100 1170 1106 6056 52 | GENEVA D KILKENNY PERSONAL<br>REPRESENTATIVE OF ESTATE OF NORMA<br>M SCOPINO CARE OF ERIC ROUPE<br>8620 BASSWOOD AVE<br>WOOLWICH, ME 04579 | $0.810 | $4.00 | $3.25 | $0.00 | 660488743 |
| 39 | 9314 7100 1170 1106 6056 69 | GENEVA D KILKENNY PERSONAL<br>REPRESENTATIVE OF ESTATE OF NORMA<br>M SCOPINO CARE OF ERIC ROUPE<br>18 HUNNEWELL LN<br>WOOLWICH, ME 04579-4852 | $0.810 | $4.00 | $3.25 | $0.00 | 660488743 |
| | | **Totals** | $31.59 | $156.00 | $74.75 | $0.00 | |

Postmaster
Name of receiving employee

Number of Pieces: 23

**Grand Total:**  $262.34

**Dated:**



| List Number of Pieces Listed by Sender | Total Number of Pieces Received at Post office | Total Certified mail w/RR: | Total Certified Mail w/RRE: | |
|---|---|---|---|---|
| 39 | | | | |
| **Certified Mail Only:** | 16 | | | |

Total Certified Mail w/RRE:  0

# USPS Tracking®

**FAQs** ❯

Tracking Number:                                                                    **Remove** ✕

## 9314710011701106605669

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:01 pm on October 4, 2022 in WOOLWICH, ME 04579.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WOOLWICH, ME 04579
October 4, 2022, 2:01 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs