UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
FILED
2024 JAN 12 P 12: 47
DEPUTY CLERK

| | |
|---|---|
| Federal National Mortgage Association<br><br>Plaintiff<br><br>vs.<br><br>Norma Ann Kilkenny and Eric John Roupe<br><br>Defendants | CIVIL ACTION NO: 2:23-cv-00382-N<br><br>RE:<br>18 Hunnewell Lane, Woolwich, ME 04579<br><br>Mortgage:<br>June 5, 2008<br>Book 2990, Page 145 |

## REQUEST FOR MEDIATION

I agree to submit my case to the State of Maine Foreclosure Diversion Program for mediation. I understand that at mediation a neutral court mediator will meet with me and the lender to try to come to an agreement.

I understand that upon signing and filing this form, that my case in Federal Court will be paused until the mediation is over. The Federal Court Clerk's Office will forward my case to the appropriate State Court Foreclosure Diversion Program for scheduling of a mediation meeting.

I understand that if no agreement is reached at mediation, that there is no further involvement of the State Court or the Foreclosure Diversion Program, and that my case will move forward in the Federal Court.

I prefer to have this mediation held (select one) by:

☐ Videoconference;   ☐ Telephone; or   ☑ In-Person

_____
Signature

Eric Roupe
Printed Name

Dated: 12/20/23

18 Hunnewell Lane
Woolwich ME 04579
Address

Eroupe2010@yahoo.com
Email

207 295 5454
Phone Number

6

SAGADAHOC CTY COURTS
DEC 20 '23 PM 3:46